IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01606-BNB

LORENA GARCIA, for herself and as the personal representative of the Estate of Reyes Garcia,

Plaintiff,

v.

SCHNEIDER ENERGY SERVICES, INC., n/k/a Lavir Holdings, Inc., and
WILLIAM R. SMITH,

Defendants,

v.

CENTURY SURETY COMPANY,

Garnishee.

_____

## ORDER
_____

Pursuant to the parties' **Stipulated Motion to Dismiss** [Doc. # 13, filed 8/22/2014],

IT IS ORDERED that this action is DISMISSED without prejudice, each party to pay his, her, or its own fees and costs.  See Fed. R. Civ. P. 41(a)(2).

Dated September 4, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge